JACA, RECURRENTE, *v.* EL REGISTRADOR DE SAN JUAN,
RECURRIDO.

No. 599.—*Sometido:* Noviembre 5, 1924. *Resuelto:* Noviembre 11, 1924.

RECTIFICACIÓN DE ASIENTOS EN EL REGISTRO — BIENES GANANCIALES — ESTADO
CIVIL.—Juan de la Cruz Santos, dueño de una finca comprada en marzo 31,
1924, bajo el estado civil de casado, según el registro, constituyó hipoteca
sobre la misma haciendo constar que aun cuando en el título de adquisición
se dijo que era casado sin consignarse el nombre de la esposa, lo cierto es
que entonces era viudo. Negada la inscripción de la escritura de hipoteca
que se acompañó con una certificación creditiva de que Cruz Romero falleció
en 1898 estando casada con Juan de la Cruz Santos, se confirmó la nota,
porque ni la manifestación del dueño, ni la certificación de defunción de
Cruz Romero son suficientes para rectificar la inscripción de la fincá objeto
de la hipoteca.

NOTA de *Tirado Verrier,* R. (Sección Primera, San Juan), dene-
gando inscripción de una escritura de hipoteca. *Confirmada.*

*A. Marín Marién,* abogado del recurrente; el registrador compare-
ció por escrito.

EL JUEZ ASOCIADO SEÑOR ALDREY, emitió la opinión del tri-
bunal.

Juan de la Cruz Santos otorgó escritura pública el 27 de
mayo de 1924 en la que manifestando ser viudo constituyó
hipoteca sobre cierta finca que adquirió por título de com-
pra el 31 de marzo del mismo año, haciendo constar en di-

cho documento que aun cuando en el título de adquisición se dijo que era casado, sin decirse el nombre de la esposa, lo cierto es que entonces era viudo.

Esa escritura de hipoteca fué presentada en el registro de la propiedad para su inscripción acompañada de una certificación creditiva de que Cruz Romero murió en 1898 estando casada con Juan de la Cruz Santos, pero el registrador se negó a inscribirla fundándose en que apareciendo de sus libros que el hipotecante compró la finca siendo casado, no es suficiente para rectificar esa inscripción ni la manifestación que se hace en la escritura de hipoteca respecto al estado civil que tenía Juan de la Cruz Santos en la fecha de la adquisición ni la certificación de defunción de su esposa Cruz Romero ocurrida en 1898, resolución contra la cual se ha interpuesto el presente recurso gubernativo.

Esta cuestión ha sido ya resuelta por nosotros en el caso de *Vázquez* v. *El Registrador de San Juan*, 30 D.P.R. 13, en el que a pesar de que los que aparecían en el registro como casados manifestaron en un documento notarial que no lo eran, sostuvimos la negativa de inscripción del registrador diciendo lo siguiente: "En la inscripción de la escritura de 4 de julio de 1896 consta que eran casados y ante esa constancia no puede verificarse otra inscripción en abierta contradicción con aquélla mientras no se demuestre en procedimiento debido que Clemente Vázquez y Jacinta Rodríguez eran solteros en la fecha del otorgamiento de dicha escritura. En el presente recurso gubernativo no es posible definir si el Vázquez y la Rodríguez eran solteros o casados. Con razón el registrador ha vacilado sobre cuál sea el estado civil de ellos y ha obrado con recto criterio al denegar la inscripción solicitada mientras no se desvanezca esa duda en procedimiento adecuado al efecto."

*La resolución recurrida debe ser confirmada.*

Los Jueces Sres. Presidente del Toro y Asociado Hutchison firmaron: "Conforme con la sentencia."